UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RE:   JORGE ABREU                                                           CASE NUMBER: 22-16284-LMI
      NORA ALBURQUERQUE

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION
**(If this case is dismissed, this deficiency is an objection to reinstate)**

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows. **The debtor may be dismissed for failure to fund the plan if they are delinquent in payments. The Court may dismiss this case if no one appears at the confirmation hearing to represent the debtor.** *The Trustee reserves the right to raise additional objections UNTIL all documents are timely provided to the Trustee and reviewed for issues raised and additional documents needed.*

Debtor's attorney must provide all written responses or documents through BKDOCS.COM by 5pm at least 15 days prior to the confirmation hearing. Pro Se debtors may fax to 954-443-4452. Late documents may not be reviewed or considered, and this case may be at risk of dismissal.

**ATTORNEYS MUST SEEK A RESOLUTION PRIOR TO THE CONFIRMATION HEARING OF ALL OUTSTANDING ISSUES.** The Trustee's Office has a "Precall" date. During this period, the Debtor's or Creditor's attorney must call **THE THURSDAY PRIOR TO THE HEARING** and speak to the Trustee's staff attorney unless they agree to the Trustee's recommendation. A final calendar will be published with any changes of this recommendation the day before the hearing.

========================================================================================

CONFIRMATION RECOMMENDATION:                                    **LAST REVIEWED: 11/18/22**

**1AP served on 9/15**

**If Counsel for the Debtor(s) appears at confirmation, confirms service, and agrees on the record:**
**DISMISS unless ALL resolved by 12/9** Remains unresolved from 10/6: 1) Provide copies of bank statements for #7345 (8/15-8/16), 2) Provide evidence/proof of use of $9,000.00 received from sale of lot and 3) Amend 122C-2 to remove HOA expense listed in Line 9b as said expense is contemplated in Line 8 and remains unresolved from 11/1: 1) Amend Plan to correct creditor name to match POC No. 11 in Sect.III.E.1, 2) Provide Affidavit of Receipt of Support from Debtor's mother, 3) Provide documentation/calculation of CMI Form B 122C-2 Lines: 16, 17, 23 and 25, 4) Amend plan to provide for Line 45 CMI/DI of $34,929.60 (once HOA expense on line 9b is removed), 5) Address Trustee's Objection to Exemption (Petition reflects Debtors live at 16470 SW 85 Ln, but claiming 6921 SW 127th Ct as homestead property) and 6) Provide proof/explain the following withdrawals from #6307: 5/7 $1000 and #7345: 5/3 $1,200.00, 6/6 $1,200.00, 7/6 $1,200.00, 8/8 $1,200 **OR Provide for 100% Plan:** 1) Object to claims and/or amend plan to pay 100% of the allowed unsecured general claims and check box to include 100% language (bar date was 10/25/22 – claims total $40,613.60, if objection sustained), 2) Amend Plan to correct creditor name to match POC No. 11 in Sect.III.E.1 and 3) Provide Affidavit of Receipt of Support from Debtor's mother.

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402